**2008–0992.   Chojnacki v. Rogers.**

Warren App. No. CA2008–03–040. Discretionary appeal accepted and cause consolidated with 2008–0991, *Chojnacki v. Rogers,* Warren App. No. CA2008–03–040.

O'DONNELL, J., dissents.